UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| SHERWOOD ASSOCIATES <br> LIMITED PARTNERSHIP, <br><br> Plaintiff, <br><br> v. <br><br> OLANIAN JACKSON, <br><br> Defendant | ) <br> ) <br> ) <br> ) <br> )    No. 1:19-cv-00095-GZS <br> ) <br> ) <br> ) <br> ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 15) filed April 5, 2019, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that:

1. Plaintiff's Complaint (ECF No. 1) is **DISMISSED** pursuant to 28 U.S.C. §1915(e)(2)(B); and

2. Plaintiff's Motion to Substitute Parties (ECF No. 11) and to Dismiss (ECF No. 12) are **MOOT**.

                                                                   /s/ George Z. Singal
                                                                   United States District Judge

Dated this 14th day of May, 2019.